UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA PILCH, | ) | **JUDGMENT** |
|     Plaintiff, | ) | |
| | ) | No. 5:11-CV-360-H |
|     v. | ) | |
| | ) | |
| KATHERINE JEAN, MELISSA | ) | |
| DEWEY BRUMBACK and | ) | |
| FRED MORELOCK, | ) | |
|     Defendants. | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of defendants' motion to dismiss.**

      **IT IS ORDERED, ADJUDGED AND DECREED defendants' motion to dismiss is granted. Plaintiff shall have and recover nothing of the defendant.**

This Judgment Filed and Entered on Tuesday, December 13, 2011with service on:

Donna M. Pilch (via US Mail), 1114 Autumn Day Drive, Morrisville, NC 27560
David Richard Johnson (via cm/ecf Notice of Electronic Filing)

Date: December 13, 2011

                                   DENNIS P. IAVARONE, CLERK
                                   /s/ Delsia Heath
                                   (By): Delsia Heath, Deputy Clerk

Case 5:11-cv-00360-H   Document 22   Filed 12/13/11   Page 2 of 2